

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00091-CV

_____

ANITA SAINT AND JONATHAN SAINT, Appellants

V.

SAMUEL B. BLEDSOE AND DALE ROSE, ADMINISTRATOR OF THE ESTATE OF
BLAKE M. BLEDSOE, DECEASED, Appellees

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 225-11

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Appellants, Anita and Jonathan Saint, have filed a motion asking this Court to compel the filing of exhibits, and in connection with that request have asked this Court for additional time in which to file their appellate brief. The appellants' brief in this case was originally due January 9, 2013. The Court granted two extensions of time and then denied a third request due to insufficient reasons being provided to justify the extension. However, in the interest of justice, we granted an additional twenty-one days, providing a final deadline for filing the brief as March 19. We also warned counsel that if the brief was not filed within that time, the appeal might be dismissed. A brief was not tendered. The referenced motion was, however, filed on the final day of the extended time period.

This motion asks us to order the court reporter to file the trial exhibits with this Court. We point out that a cursory review of the cover page of the reporter's record, which was filed on December 10, 2012, stated in unqualified language that the exhibits were not included. We also recognize that there is no indication that, before this time, counsel had requested that they be provided—and exhibits are included only when expressly designated by counsel. TEX. R. APP. P. 34.6(b).

This Court has contacted the district clerk in whose possession the exhibits reside. In the interest of expediting this appeal and avoiding any further delays, we have directed the clerk to provide the trial exhibits to this Court. They have now been received by this Court and filed as part of the appellate record. Although we recognize that most of the exhibits were filed by

appellants, we have electronically transmitted a copy of all exhibits to the parties so that they have them available for briefing.

This Court has granted multiple extensions in an effort to provide the parties with the opportunity to have their case presented on the merits.

We allow appellants ten days from the date of this order to present their brief to this Court.  If the brief is not received by this Court on or before April 15, 2013, the appeal will be dismissed.

IT IS SO ORDERED.


                                        BY THE COURT

Date:   April 4, 2013